AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

GARY HAWES,

    Plaintiff,

v.

ISIDRO BACA, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:16-cv-00511-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an amended complaint in compliance with the Court's June 14, 2017 order and for failure to state a claim.

July 27, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk